**KAZEROUNI LAW GROUP, APC**
Gor Antonyan, Esq. (354718)
gor@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin (253265)
david@kazlg.com
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Stephen Ellis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ELLIS,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 8:25-cv-02015-DFM<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

//
//
//
//

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff Stephen Ellis ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (together, the "Parties") has been resolved with a settlement in principle. The Parties anticipate filing a Joint Stipulation to Dismiss Experian *only* with prejudice within sixty (60) days.

Plaintiffs request that any pending date and deadline with regard to Experian be vacated and that the Court set a deadline on or after January 24, 2026, for the Parties to dismiss Plaintiffs' claims against Experian.

Dated: November 24, 2025            Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ *Gor Antonyan*
Gor Antonyan, Esq.
*Attorneys for Plaintiffs*